# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1118

Annex Medical, Inc., et al.

Appellants

v.

Kathleen Sebelius, in her official capacity as Secretary of the United States Department of Health and Human Services, et al.

Appellees

___

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:12-cv-02804-DSD)
___

**ORDER**

Appellees' motion to consolidate this appeal with appeal No. 12-3357 is denied.


March 04, 2013


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans